1

2

3

4

5

6

7

8    # UNITED STATES DISTRICT COURT

9    EASTERN DISTRICT OF CALIFORNIA

10

11   CHALONER SAINTILLUS,                    Case No.  1:24-cv-00220-BAM (PC)

12           Plaintiff,                      ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
13       v.                                  EASTERN DISTRICT OF CALIFORNIA

14   UNITED STATES OF AMERICA, *et al.*,

15           Defendants.

16

17          Plaintiff Chaloner Saintillus ("Plaintiff"), a federal prisoner proceeding *pro se*, has filed

18   this civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma*

19   *pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

20          In his complaint, Plaintiff alleges violations of his civil rights that took place in

21   Sacramento County, which is part of the Sacramento Division of the United States District Court

22   for the Eastern District of California.[1]  Therefore, the complaint should have been filed in the

23   Sacramento Division.

24   ///

25   _____

26   [1] The complaint appears to raise claims related to Plaintiff's prior criminal proceedings,
     specifically Case Nos. 2:20-cr-00213-KJM; 2:20-mj-00162-JDP; and 9:20-mj-08364-DLB.  (ECF
27   No. 1, p. 1.)  The Court further notes, without deciding, that the instant complaint may be
     duplicative of the complaint filed in *Saintillus v. United States of America*, Case No. 2:24-cv-
28   00414-DB.

1

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **February 22, 2024**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE